FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 FEB -8  A 10: 18

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| GENERAL ELECTRIC CAPITAL CORPORATION | CIVIL ACTION |
| VERSUS | NO. 00-0370 |
| THE UNITED STATES OF AMERICA through THE UNITED STATES COAST GUARD | SECTION: C(3) |

## ORDER REALLOTTING CASE

Considering that **GENERAL ELECTRIC CAPITAL CORPORATION,** a party herein, is a company in which the undersigned owns stock, she must disqualify herself from acting herein pursuant to 28 U.S.C. § 455 and Canon 3-C(1) of the Code of Judicial Conduct.

Accordingly,

**IT IS ORDERED** that the Clerk of Court reallot this matter to another section of this Court.

New Orleans, Louisiana, this ___7___ day of February 2000.

_____
HELEN G. BERRIGAN
UNITED STATES DISTRICT JUDGE

REALLOTTED TO
SECT. R

___ Fee
___ Process
_X_ Dktd
___ CtRmDep
___ Doc. No.

DATE OF ENTRY  FEB - 7 2000