

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

GENERAL ELECTRIC CAPITAL CORP.        CIVIL ACTION

VERSUS                                 NO. 00-370

THE UNITED STATES OF AMERICA, ET AL    SECTION: "R" (3)

### ORDER TRANSFERRING CASE DUE TO COLLATERAL PROCEEDINGS

It has been brought to the Court's attention that the above captioned matter is related to Civil Action No. 96-1954, *Claude Mayfield vs. The Energy VII, et al,* assigned to Section "J"(4) of this Court.

Accordingly;

**IT IS ORDERED** that the above captioned matter is hereby transferred to "J"(4) for further proceedings.

New Orleans, Louisiana, this 8th day of February, 2000.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE

FEB 1 0 2000                           DATE OF ENTRY FEB 1 0 2000

TRANSFERRED TO     SECT J MAG 4

Fee ____
Process ____
X /Dktd ____
✓ CtRmDep ____
Doc.No. ____