```
                FILED
           U.S. DISTRICT COURT
          EASTERN DISTRICT OF LA

          2000 DEC -5  PM 4:04

            LORETTA G. WHYTE
                 CLERK
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| GENERAL ELECTRIC CAPITAL CORPORATION | * * * | CIVIL ACTION |
| | * | NO. 00-370 |
| VERSUS | * * | |
| | * | SECTION "J" |
| THE UNITED STATES OF AMERICA through THE UNITED STATES COAST GUARD | * * * | MAGISTRATE "4" |

### JOINT MOTION TO EXTEND DEADLINE TO CONDUCT DISCOVERY

TO THE HONORABLE JUDGE OF THIS COURT:

COMES NOW, Plaintiff, General Electric Capital Corporation, and Defendant, the United States of America and moves this Honorable Court for an extension of 30 days or until January 26, 2001, to conduct discovery.

This motion is not made for purposes of delay but in order that justice may be done. Discovery is ongoing in this case and both parties are working together to get the necessary discovery conducted.

WHEREFORE, PREMISES CONSIDERED, movants respectfully request an extension of time until January 26, 2001 in which to conduct discovery in the above referenced case.

```
DATE OF ENTRY
DEC - 7 2000
```

Respectfully submitted,

_____
HENRY A. KING (#7393)
MICHAEL L. VINCENZO (#23695)
KING, LEBLANC & BLAND, L.L.P.
3800 Place St. Charles
201 St. Charles Avenue
New Orleans, LA 70170
Telephone: (504) 582-3800

Attorneys for General Electric Capital Corporation


_____
Damon C. Miller
Trial Attorney, Torts Branch, Civil Division
U.S. Department of Justice
P.O. Box 14271
Washington, D.C. 20044-4271
Phone (202) 616-4047

Attorneys for The United States of America


## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been forwarded to all counsel of record wither by hand delivery or by depositing same in the United States mail, properly addressed and postage paid, this ____ day of December, 2000.

_____

Respectfully submitted,

HENRY A. KING (#7393)
MICHAEL L. VINCENZO (#23695)
KING, LEBLANC & BLAND, L.L.P.
3800 Place St. Charles
201 St. Charles Avenue
New Orleans, LA 70170
Telephone: (504) 582-3800

Attorneys for General Electric Capital Corporation

Damon C. Miller
Trial Attorney, Torts Branch, Civil Division
U.S. Department of Justice
P.O. Box 14271
Washington, D.C. 20044-4271
Phone (202) 616-4047

Attorneys for The United States of America

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been forwarded to all counsel of record wither by hand delivery or by depositing same in the United States mail, properly addressed and postage paid, this _____ day of December, 2000.

S:\1129\018\PLDGS\JOINT MOTION EXTEND DISCDOC.DOC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| GENERAL ELECTRIC CAPITAL CORPORATION | * * * | CIVIL ACTION |
| | * | NO. 00-370 |
| VERSUS | * * | SECTION "J" |
| THE UNITED STATES OF AMERICA through THE UNITED STATES COAST GUARD | * * * | MAGISTRATE "4" |

### ORDER

Considering the foregoing:

IT IS HEREBY ORDERED that the deadline for conducting discovery in the above referenced cause number be extended until January 26, 2001., *provided this will not cause continuance of present /trial date.*

Signed this _____ day of December, 2000.

_____
UNITED STATES DISTRICT JUDGE