```
              FILED
         U.S. DISTRICT COURT
       EASTERN DISTRICT OF LA

       2000 DEC 13 PM 12:09
            DEC 13 2000
          LORETTA G. WHYTE
               CLERK
```

MINUTE ENTRY
ROBY, M.J.
DECEMBER 12, 2000

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| GENERAL ELECTRIC CAPITAL CORPORATION | CIVIL ACTION |
| VERSUS | NO:   00-0370 |
| UNITED STATES OF AMERICA | SECTION: "J" (4) |

At the request of the plaintiff's counsel and the consent of the defendant's counsel, **IT IS ORDERED** that the **Settlement Conference (doc# 10)** presently set before Magistrate Judge Roby on **December 14, 2000, at 2:00 p.m.** is reset to **January 17, 2001, at 2:00 p.m.**

Counsel for all parties are instructed to submit their respective settlement position letters **on or before January 12, 2001**, for the confidential and exclusive use of Magistrate Judge Roby. The letter or memorandum **may be no longer than three pages double spaced,** outlining the settlement position of the party. It may however, be faxed directly to my chambers at **(504) 589-7618.**

**All counsel are to have access to someone with full authority.**

DATE OF ENTRY
DEC 13 2000

KAREN WELLS ROBY
UNITED STATES MAGISTRATE JUDGE