UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 DEC 22 PM 12: 10

LORETTA G. WHYTE
CLERK

| | |
|---|---|
| GENERAL ELECTRIC CAPITAL CORPORATION, | )<br>)<br>) CIVIL ACTION NO. 00-0370 |
| Plaintiff, | )<br>) |
| v. | ) SECTION "J"<br>) |
| UNITED STATES OF AMERICA through THE UNITED STATES COAST GUARD, | )<br>)<br>) MAGISTRATE "4" |
| Defendant. | )<br>) |

JOINT MOTION TO CONTINUE HEARING DATES
ON PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT
AND DEFENDANT'S MOTION TO DISMISS AND/OR FOR SUMMARY JUDGMENT

Plaintiff, General Electric Capital Corporation, and Defendant, United States of America. herewith jointly move for a continuance of the hearing dates on Plaintiff's Motion for Partial Summary Judgment and Defendant's Motion to Dismiss and/or for Summary Judgment, both filed on December 19, 2000, and both set for hearing before the Honorable Carl J. Barbier, United States District Judge, on January 3, 2001, and set forth the following in support thereof:

1. On December 19, 2000, Plaintiff, General Electric Capital Corporation, filed and served a Motion for Partial Summary Judgment, a Statement of Uncontested Facts, a Memorandum in Support, and supporting Affidavits and Exhibits, and noticed said Motion for hearing on January 3, 2001. Said Motion, if granted, would be dispositive on the issue of liability.

2. Also on December 19, 2000, Defendant, United States of America, filed and served a

DATE OF ENTRY
JAN - 2 2001



Motion to Dismiss and/or for Summary Judgment, Memorandum in Support, and supporting Exhibits, and noticed said Motion for hearing on January 3, 2001. Said Motion, if granted, would be dispositive on all issues in the case.

3. Both parties would ordinarily be required to respond in opposition to these Motions on December 26, 2000 under Local Rule 7.5E, and both parties would likely request leave of court to file reply memoranda before the hearing date of January 3, 2001.

4. Because these Motions are dispositive of all or part of the case, and because of the intervening holiday periods, both parties require additional time to thoroughly research the issues and prepare their memoranda in opposition.

WHEREFORE, plaintiff, General Electric Capital Corporation, and defendant, United States of America, jointly request that the hearing dates on their respective Motions be continued to January 17, 2001, at 9:30 a.m.

Dated: December 21, 2000

Respectfully submitted,

_____
HENRY A. KING, T.A. (#7393)
MICHAEL L. VINCENZO (#23965)
JOHN A. CANGELOSI (#26835)
KING, LEBLANC & BLAND, L.L.P.
201 St. Charles Avenue, Suite 3800
New Orleans, Louisiana 70170
Telephone: (504) 582-3800

Attorneys for Plaintiff
General Electric Capital Corporation

DAVID W. OGDEN
Assistant Attorney General

EDDIE J. JORDAN, JR.
United States Attorney

STEVENS E. MOORE
Assistant U.S. Attorney

/s/ Damon C. Miller
DAMON C. MILLER
Trial Attorney
U.S. Department of Justice
Torts Branch, Civil Division
P.O. Box 14271
Washington, D.C. 20044-4271
Telephone: (202) 616-4047

Attorneys for Defendant
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| GENERAL ELECTRIC CAPITAL CORPORATION | * * | CIVIL ACTION |
| | * | NO. 00-370 |
| VERSUS | * | |
| | * | SECTION "J" |
| THE UNITED STATES OF AMERICA through THE UNITED STATES COAST GUARD | * * * | MAGISTRATE "4" |

## ORDER

Considering the foregoing Joint Motion to Continue Hearing Dates,

IT IS HEREBY ORDERED that General Electric Capital Corporation's Motion for Partial Summary Judgment and the United States of America's Motion to Dismiss and/or for Summary Judgment be Re-set for hearing at 9:30 a.m. on January 17, 2001, on briefs.

New Orleans, Louisiana, this 27th day of December, 2000.

_____
United States District Court Judge