FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 JAN -3 AM 10: 08

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| GENERAL ELECTRIC CAPITAL CORPORATION | * * * | CIVIL ACTION |
| | | NO. 00-370 |
| VERSUS | * * | |
| | | SECTION "J" |
| THE UNITED STATES OF AMERICA through THE UNITED STATES COAST GUARD | * * * | MAGISTRATE "4" |

### MOTION FOR EXTENSION OF TIME TO FILE REPLY MEMORANDUM TO DEFENDANT'S MEMORANDUM IN OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS

**NOW INTO COURT**, through undersigned counsel comes plaintiff, General Electric Capital Corporation ("GECC"), who moves this Court for an extension of time through and including January 8, 2001 in which to respond to the Opposition Memorandum to GECC's Motion to Compel filed on behalf of the United States of America through the United States Coast Guard ("Coast Guard"). In support of this motion plaintiff shows that no previous extension of time has been filed into the record, that the matter is set for hearing before this Honorable Court on January 3, 2001, that the Coast Guard has raised new issues in its opposition memorandum and has changed the basis for which it seeks to withhold documents requested by the plaintiff, and that the plaintiff is only requesting an additional five (5) days in which

DATE OF ENTRY

JAN - 4 2001

Fee
Process
X Dktd
CtRmDep
Doc.No.

to file its Reply to the Coast Guard's Memorandum in Opposition to GECC's Motion to Compel.

Respectfully submitted,

*[signature: Mignon A. Gill]*

HENRY A. KING (#7393)
MICHAEL L. VINCENZO (#23965)
MIGNON A. GILL (#26300)
King, LeBlanc & Bland, L.L.P.
3800 Place St. Charles
201 St. Charles Avenue
New Orleans, Louisiana 70170
Telephone: (504) 582-3800

ATTORNEYS FOR
General Electric Capital
Corporation

## CERTIFICATE

I hereby certify that a copy of the above and foregoing Motion for Extension of Time to File Reply Memorandum has been forwarded to all counsel of record either by hand delivery or by depositing same in the U. S. Mail, properly addressed and postage prepaid, this 3rd day of January, 2001.

*[signature: Mignon A. Gill]*

S:\1129\018\PLDGS\EXTENSION.REPLY.DOC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| GENERAL ELECTRIC CAPITAL CORPORATION | * * * | CIVIL ACTION NO. 00-370 |
| VERSUS | * * | SECTION "J" |
| THE UNITED STATES OF AMERICA through THE UNITED STATES COAST GUARD | * * * | MAGISTRATE "4" |

## ORDER

Considering the foregoing Motion for Extension of Time to File Reply Memorandum,

IT IS HEREBY ORDERED that plaintiff, General Electric Capital Corporation, be granted an extension of time through and including January 8, 2001 in which to respond to the Opposition Memorandum to GECC's Motion to Compel filed on behalf of the United States of America through the United States Coast Guard. *The record reflects that the opposition was filed on 12/26/00 which should have been sufficient enough time for a timely reply Memorandum to have been filed. The Court also notes that the mover has not set forth good cause for the delayed request.*

New Orleans, Louisiana, this ___ day of January, 2001.

_____
MAGISTRATE JUDGE

S:\1129\018\PLDGS\ORDER2.DOC