UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 JAN -8 AM 11:00

LORETTA G. WHYTE
CLERK

| | |
|---|---|
| GENERAL ELECTRIC CAPITAL CORPORATION, ) | |
| ) | CIVIL ACTION NO. 00-0370 |
| Plaintiff, ) | |
| ) | |
| v. ) | SECTION "J" |
| ) | |
| UNITED STATES OF AMERICA ) through THE UNITED STATES ) COAST GUARD, ) | MAGISTRATE "4" |
| ) | |
| Defendant. ) | |

### DEFENDANT'S UNOPPOSED MOTION FOR ONE-DAY EXTENSION OF TIME TO FILE OPPOSITION TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT

Defendant, United States of America, herewith requests an extension of time of one (1) day, or until Wednesday, January 10, 2001, to file its Opposition to Plaintiff's Motion for Partial Summary Judgment. That Motion is scheduled for hearing on the briefs on January 17, 2001.

Defendant makes this request due to the unexpected illness of Coast Guard agency counsel primarily assigned to this matter, on January 2 and 3, 2001.

If the Court desires, undersigned will fax a copy of the Memorandum in Opposition to chambers (and to opposing counsel) on Tuesday, January 9, as the original will have to be placed in overnight mail that date for delivery to the court on January 10.

DATE OF ENTRY
JAN 1 0 2001

#### Certificate of Conference

Undersigned counsel certifies that he spoke to counsel for the plaintiff on Friday, January 5, 2001, and said counsel stated he had no objection to the extension sought herein.



Dated: January 5, 2001.

Respectfully submitted,

DAVID W. OGDEN
Assistant Attorney General

EDDIE J. JORDAN, JR.
United States Attorney

STEVENS E. MOORE
Assistant U.S. Attorney

_____
DAMON C. MILLER, Trial Attorney
U.S. Department of Justice
Torts Branch, Civil Division
P.O. Box 14271
Washington, D.C. 20044-4271
Telephone: (202) 616-4047

Attorneys for Defendant
United States of America

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Defendant's Motion for One-Day Extension was telefaxed and mailed on this the 5th day of January, 2001 to the following counsel of record:

Henry A. King, Esq.
Michael L. Vincenzo, Esq.
King, LeBlanc & Bland, L.L.P.
201 St. Charles Avenue, Suite 3800
New Orleans, LA 70170

_____
DAMON C. MILLER

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| GENERAL ELECTRIC CAPITAL CORPORATION, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) |
| UNITED STATES OF AMERICA through THE UNITED STATES COAST GUARD, | )<br>)<br>)<br>) |
| Defendant. | )<br>) |

CIVIL ACTION NO. 00-0370

SECTION "J"

MAGISTRATE "4"

## ORDER

Upon due consideration of Defendant's Unopposed Motion for One-Day Extension of Time to File Opposition to Plaintiff's Motion for Partial Summary Judgment,

IT IS HEREBY ORDERED that an extension of time of one day is GRANTED. Defendant's Opposition shall be filed no later than Wednesday, January 10, 2001. A copy of Defendant's Opposition shall be faxed on January 9, 2001, to the Court's chambers at the following number: (504) 589-4532 ; and simultaneously faxed to opposing counsel.

Dated: January 8th, 2001.

_____
UNITED STATES MAGISTRATE JUDGE