FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 JAN 16  AM 9:01

LORETTA G. WHYTE
CLERK

**MINUTE ENTRY**
**ROBY, M.J.**
**January 12, 2001**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **GENERAL ELECTRIC CAPITAL CORPORATION** | **CIVIL ACTION** |
| **VERSUS** | **NO:     00-370** |
| **THE UNITED STATES OF AMERICA through THE UNITED STATES COAST GUARD** | **SECTION: "J" (4)** |

On November 30, 2000, General Electric Capital Corporation filed a **Motion to Compel Production of Documents (doc#14)** seeking production of the Final Investigation Report compiled by the Coast Guard as a result of the alleged inaccurate abstracts issued by the Coast Guard's Vessel Documentation Center. In order for the court to determine if exemption 5 of the Freedom of Information Act applies, an *in camera review* of the documents must be conducted by the undersigned.

**IT IS THEREFORE ORDERED** that the Coast Guard Investigative Report which is the subject of this Motion to Compel including all attachments should be produce for *in camera review* in the chambers of the undersigned no later than **Friday, January 19, 2001**.

KAREN WELLS ROBY
UNITED STATES MAGISTRATE JUDGE

DATE OF ENTRY
JAN 1 6 2001

___ Fee
___ Process
_X_ Dktd
___ CtRmDep
___ Doc.No. 26