

**MINUTE ENTRY**
**ROBY, M.J.**
**January 17, 2001**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **GENERAL ELECTRIC CAPITAL CORPORATION** | **CIVIL ACTION** |
| **VERSUS** | **NO: 00-0370** |
| **UNITED STATES OF AMERICA** | **SECTION: "J" (4)** |

A Settlement Conference was held on this date. Participating were: Henry A. King and Michael L. Vincenzo representing the plaintiffs and Damon C. Miller representing the defendants. The parties were unable to reach a settlement. However, negotiations are continuing by telephone.

KAREN WELLS ROBY
UNITED STATES MAGISTRATE JUDGE

DATE OF ENTRY
JAN 1 8 2001

___ Fee _____
___ Process ___
_X_ Dktd ___
_✓_ CtRmDep ___
___ Doc.No. 27