TJW

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 JAN 24  AM 10: 29

LORETTA G. WHYTE
CLERK

**MINUTE ENTRY**
**ROBY, M.J.**
**January 23, 2001**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **GENERAL ELECTRIC CAPITAL CORPORATION** | **CIVIL ACTION** |
| **VERSUS** | **NO:   00-0370** |
| **UNITED STATES OF AMERICA** | **SECTION: "J" (4)** |

A Settlement Conference by telephone was held on this date. Participating were: Henry A. King representing the plaintiffs and Damon C. Miller representing the defendants. Negotiations were successful and a settlement was reached.

The District Judge's staff has been notified to enter a 60-day Order of Dismissal

KAREN WELLS ROBY
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
Judge Carl J. Barbier

DATE OF ENTRY
JAN 2 4 2001