FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 JAN 24  AM 11: 37

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| GEN ELEC CAPITAL | CIVIL ACTION |
| VERSUS | NO: 00-370 |
| USA | SECTION: "J" |

### ORDER OF DISMISSAL

The Court having been advised by counsel for the parties that all of the parties to this action have firmly agreed upon a compromise,

IT IS ORDERED that this action is hereby dismissed without costs, but without prejudice to the right upon good cause shown, within sixty days, to seek summary judgment enforcing the compromise if it is not consummated by that time.

COUNSEL ARE REMINDED THAT, IF WITNESSES HAVE BEEN SUBPOENAED, EVERY WITNESS MUST BE NOTIFIED BY COUNSEL NOT TO APPEAR.

New Orleans, Louisiana, this 24th day of January, 2001

_____
UNITED STATES DISTRICT JUDGE

JAN 24 2001

DATE OF ENTRY: _____

___ Fee _____
___ Process _____
X   Dktd
X   CtRm Dep
___ Document No. 30