```
                    FILED
              U.S. DISTRICT COURT
            EASTERN DISTRICT OF LA

              2001 FEB -9  AM 8:40

              LORETTA G. WHYTE
                   CLERK
```

**MINUTE ENTRY**
**ROBY, M.J.**
**February 8, 2001**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **GENERAL ELECTRIC CAPITAL CORPORATION** | **CIVIL ACTION** |
| **VERSUS** | **NO:  00-0370** |
| **UNITED STATES OF AMERICA through THE UNITED STATES COAST GUARD** | **SECTION: "J" (4)** |

On November 30, 2000, the plaintiff filed a Motion to Compel (doc. #14) against the defendant, seeking production of the Final Investigation Report compiled by the Coast Guard. Pursuant to the Court's order, the defendant, on or about January 19, 2001, delivered the disputed documents to chambers for an *in camera* review.

In light of the settlement of the above captioned matter, the plaintiff's motion is moot. Accordingly, the defendant is hereby advised that said documents will be returned via U.S. mail.

_____
KAREN WELLS ROBY
UNITED STATES MAGISTRATE JUDGE

DATE OF ENTRY
FEB 0 9 2001

___Fee_____
___Process_____
_X_Dktd_____
___CtRmDep____
Doc.No._34_