

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 MAY -4 AM 10: 27

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| GENERAL ELECTRIC CAPITAL CORPORATION | * * * | CIVIL ACTION |
| | * | NO. 00-370 |
| VERSUS | * * | SECTION "J" |
| THE UNITED STATES OF AMERICA THROUGH THE UNITED STATES COAST GUARD | * * * | MAGISTRATE "4" |

### MOTION TO DISMISS WITH PREJUDICE

**NOW INTO COURT**, through undersigned counsel, comes General Electric Capital Corporation who moves for the dismissal of this matter with prejudice on the grounds that this matter has been amicably settled between the parties and the settlement funds duly received and acknowledged.

Respectfully submitted,

**OF COUNSEL:**

_____
HENRY A. KING, T.A. (#7393)

**KING, LEBLANC & BLAND, L.L.P.**
MICHAEL L. VINCENZO (#23965)
JOHN A. CANGELOSI (#26835)
201 St. Charles Avenue, Suite 3800
New Orleans, Louisiana 70170
Telephone: (504) 582-3800
Telefax:    (504) 582-1233

DATE OF ENTRY
MAY - 8 2001

Attorneys for General Electric Capital Corporation

S:\1129\018\PLDGS\MOTION TO DISMISS W-PREJUDICE.DOC

___ Fee ___
___ Process ___
X  Dktd ___
✓  CtRmDep ___
   Doc.No. 35

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| GENERAL ELECTRIC CAPITAL CORPORATION | * * | CIVIL ACTION |
|---|---|---|
| | * | NO. 00-370 |
| VERSUS | * | |
| | * | SECTION "J" |
| THE UNITED STATES OF AMERICA THROUGH THE UNITED STATES COAST GUARD | * * * | MAGISTRATE "4" |

### ORDER

Considering the foregoing Motion to Dismiss with Prejudice filed on behalf of General Electric Capital Corporation,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that this matter is dismissed with prejudice, each party to bear their own respective costs.

New Orleans, Louisiana, this 7th day of May 2001.

_____
UNITED STATES DISTRICT JUDGE

S:\1129\018\PLDGS\MOTION TO DISMISS W-PREJUDICE.DOC

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Motion to Dismiss with Prejudice has been forwarded to all counsel of record either by facsimile, by hand delivery or by depositing same in the United States mail, properly addressed and postage pre-paid, on this 3rd day of May 2001.

*[signature]*

S:\1129\018\PLDGS\MOTION TO DISMISS W-PREJUDICE.DOC